IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DENISE A. ROSALES, individually and on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTINE WORMUTH, Secretary of the Army, in her official capacity; et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　Case No. 1:23-cv-00440-DAE<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[Proposed] Order Granting Motion to Stay Discovery Pending Motions to Dismiss**

　　Before the Court is the Defendant's Motion to Stay Discovery Pending Motions to Dismiss. Defendants move to stay this case pending the resolution of their respective Motions to Dismiss Plaintiff's Third Amended Complaint.

　　After considering the Motion, the Court is of the opinion that it should be GRANTED. The Court will stay discovery in this case pending resolution of Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint.

　　　　SO ORDERED this _____ day of _____, 2024.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. EZRA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE