IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DENISE A. ROSALES, individually and on behalf of herself and all others similarly situated,<br><br>       *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF THE ARMY, DEPARTMENT OF DEFENSE, and UNKNOWN OFFICERS AND EMPLOYEES OF THE DEPARTMENT OF DEFENSE AND FEDERAL BUREAU OF INVESTIGATION,<br>       *Defendants*. | No. 1:23-cv-440-DAE |

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S OPPOSED MOTION FOR CLASS CERTIFICATION

Before the Court is Plaintiff's Opposed Motion for Class Certification, filed on January 9, 2025. (Dkt. # 88.) Also pending before the Court is Defendants United States Army and Department of Defense's Motion for Summary Judgment, filed on June 12, 2025. (Dkt. # 98.)

District courts have the discretion to decide dispositive motions prior to ruling on class certification. Floyd v. Bowen, 833 F.2d 529, 534–35 (5th Cir. 1987) (holding that the district court did not abuse its discretion in failing to rule on class certification before ruling on summary judgment); see Krim v. BancTexas Group, Inc., 989 F.2d 1435, 1443 n.7 (5th Cir. 1993) ("There is no need to reach

the question of class certification if the named plaintiff has not established a genuine issue of material fact to support his claims."); see also FED. R. CIV. P. 23(c) advisory committee's note to 2003 amendment (recognizing "the many valid reasons that may justify deferring the initial certification decision").

Accordingly, the Court hereby **DENIES WITHOUT PREJUDICE** Plaintiff's Opposed Motion for Class Certification (Dkt. # 88), subject to reraising if necessary after the Court rules on Defendants' Motion for Summary Judgment (Dkt. 98).

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 23, 2025.

_____
David Alan Ezra
Senior United States District Judge