UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Denise A Rosales, | § | |
| | § | |
| Plaintiff, | § | NO: AU:23-CV-00440-DAE |
| vs. | § | |
| | § | |
| Christine Wormuth, et al | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING MOTION FOR SUMMARY JUDGMENT HEARING

It is hereby ORDERED that the above entitled and numbered case is set for hearing on the pending MOTION for Summary Judgment (Dkt no. 98) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, December 10, 2025 at 01:30 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas December 05, 2025.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE