UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Denise A Rosales,<br><br>    Plaintiff,<br>vs.<br><br>United States Department Of The Army, et al<br><br>    Defendants. | §<br>§<br>§   NO:  AU:23-CV-00440-DAE<br>§<br>§<br>§<br>§<br>§ |

## ORDER RESETTING MOTION FOR SUMMARY JUDGMENT HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for a **in person** hearing on the pending MOTION for Summary Judgment (dkt no. 98) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, February 20, 2026 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas February 05, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE