UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DENISE A. ROSALES, individually and on behalf of herself and all others similarly situated, | § § § § § § | No. 1:23-CV-000440-DAE |
| *Plaintiff*, | § § | |
| vs. | § § | |
| DEPARTMENT OF THE ARMY, DEPARTMENT OF DEFENSE, and UNKNOWN OFFICERS AND EMPLOYEES OF THE DEPARTMENT OF DEFENSE AND FEDERAL BUREAU OF INVESTIGATION, | § § § § § § § § | |
| *Defendants*. | § § | |

ORDER

Before the Court is Defendants United States Army and Department of Defense's ("Defendants") Motion for Summary Judgment (the "Motion"). (Dkt. # 98.) Plaintiff Denise A. Rosales ("Rosales" or "Plaintiff") filed a response in opposition, (Dkt. # 102), and Defendants replied, (Dkt. # 103). The Court held a hearing on this matter on March 19, 2026.

Upon careful consideration of the arguments asserted in the filings— as well as the arguments presented at the hearing—the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Motion for Summary Judgment (Dkt. # 98).

Specifically, the Court **GRANTS** Defendants' Motion as to monetary damages only.  In their Motion, Defendants argue they are entitled to summary judgment on the issue of whether Rosales is entitled to the monetary damages she seeks. (Dkt. # 98 at 16–19.)  However, in her response, Rosales advises the Court that she no longer seeks the monetary relief to which Defendants refer.  (Dkt. # 102 at 21 n.4.)  Accordingly, summary judgment on this issue is granted without opposition.

As to all other issues, the Court **DENIES** the Motion **WITHOUT PREJUDICE** to refiling for the reasons described in the hearing.  Defendants may refile for summary judgment at such time they feel there is a need.

Furthermore, the Court hereby **STAYS** this case for a period of six months.  At the end of the six-month period, the Court will hold a status conference, which will be set by separate order.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, March 20, 2026

_____
HON. DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE